IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 25-cv-03592-CYC

HECTOR JIMENEZ FACIO,

    Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora Contract Detention Facility;
ROBERT HAGAN, in his official capacity as Field Office Director, Denver Field Office of U.S. Immigration and Customs Enforcement;
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;
KRISTI NOEM, in her official capacity as Secretary of U.S. Department of Homeland Security; and
PAMELA BONDI, in her official capacity as Attorney General of the United States;

    Respondents.

---

## ORDER
---

**Cyrus Y. Chung, United States Magistrate Judge.**

This matter is before the Court on the Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, filed by Petitioner Hector Jimenez Facio ("Petitioner"). The Petitioner is currently detained at the Aurora Contract Detention Facility in Aurora, Colorado, which is under the custody and control of the Respondents. *Id.* ¶¶ 2, 6, 13. He seeks a Court order instructing Respondents to provide him a bond hearing. *Id.* ¶ 5.

Upon review of the Petition, it is hereby ORDERED that the Petitioner shall **SERVE** the Respondents with a copy of the Petition, and accompanying papers, along with a copy of this Order, by overnight mail, on or before November 19, 2025. The Petitioner shall promptly file proof of such service on the docket, and counsel for the Respondents shall promptly enter their notices of appearance. **Within seven days of service**, the parties shall complete and file

the Consent/Non-Consent Form, ECF No. 3.

Entered and dated this 13th day of November, 2025, at Denver, Colorado.

BY THE COURT:

_____

Cyrus Y. Chung
United States Magistrate Judge

2